NIMA FARBOODY (CA BAR NO. 262371)
20255 Corisco St.
Chatsworth, CA 91311
Tel: 818-886-3200
Fax: 818-886-3257
Email: nfarboody@mazalent.com

Attorney for MAZAL GROUP, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MAZAL GROUP, LLC, a California Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EVE BEN LULU, an individual; and DOES 1 to 10,<br><br>　　　　Defendants. | Case no.: 2:18-cv-02158 SJO (PJWx)<br><br>**DECLARATION OF NIMA FARBOODY IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGEMENT AGAINST EVE BEN LULU** |
|---|---|

### DECLARATION

I, Nima Farboody, declare as follows:

　1.  I represent the Plaintiff, Mazal Group, LLC, in this action, I am in good standing in the State Bar of California and the Central District of California. If called as a witness, I could and would competently testify thereto, my business address is 20255 Corisco St., Chatsworth, California 91311.

2. Defendant EVE BEN LULU was served pursuant to Rule 4 of the Federal Rule of Civil Procedure and the home state of New York's service of process rules on March 29, 2018 as evidenced by the proof of service on file with this Court.

3. Under Rule 12, Defendant EVE BEN LULU was required to plead or otherwise timely respond to the complaint by April 19, 2018.

4. Defendant EVE BEN LULU has failed to properly serve or file a pleading or otherwise properly respond to the complaint. The time limit for responding to the complaint has expired.

5. Defendant EVE BEN LULU is not a minor or an incompetent person.

6. Defendant EVE BEN LULU is not currently in military service, and therefore the Servicemembers Civil Relief Act does not apply.

7. The Clerk of this Court entered default on May 3, 2018.

8. This action involves a claim for damages by plaintiff MAZAL GROUP LLC against Defendant EVE BEN LULU under a contract signed by the parties (Dkt 1-1-).

9. Because of Defendant EVE BEN LULU's breach of the contract, Plaintiff MAZAL GROUP LLC is entitled to relief under Section 8 of the contract which stipulates liquidated damages in the amount of one hundred thousand dollars ($100,000.00).

10. Said sum has not thus far been paid.

11. Therefore, since Defendant EVE BEN LULU has defaulted, default judgement should be entered in an amount equal to one hundred thousand dollars ($100,000.00).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2018 in Chatsworth, California.

By_____/Nima Farboody, Esq./_____
NIMA FARBOODY.
Attorney for Plaintiff Mazal Group, LLC

<u>PROOF OF SERVICE</u>

On May 31, 2018, I served the documents described as

1. Motion for Entry of Default Judgement
2. Declaration of Nima Farboody in Support of Application for Entry of Default Judgement

On all interested parties in this action by placing a true and correct copy thereof in a sealed envelope with first class postage, prepaid, and deposited said envelope in the United States mail at addressed to

EVE BEN LULU
13768 70th Ave. Apt#1
Flushing, NY 11367

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2018 in Chatsworth, California.

/s/Nima Farboody

Nima Farboody