NIMA FARBOODY (CA BAR NO. 262371)
20255 Corisco St.
Chatsworth, CA 91311
Tel: 818-886-3200
Email: nfarboody@mazalent.com

Attorney for MAZAL GROUP, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZAL GROUP, LLC, a California Limited Liability Company<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EVE BEN LULU, an individual; and DOES 1 to 10,<br><br>　　　　Defendants. | Case no.: 2:18-cv-02158 SJO (PJWx)<br><br>**MOTION FOR ENTRY OF DEFAULT JUDGEMENT AGAINST EVE BEN LULU AND PROOF OF SERVICE.** |

　　Plaintiff, MAZAL GROUP, LLC ("Plaintiff"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 55, hereby files its Motion for Entry of Default Judgement against Defendant EVE BEN LULU ("Defendant"), and in support thereof states:

　　1. As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on March 29, 2018.

　　2. The applicable time limit for the above-named Defendant to appear or otherwise respond to this Action expired (after a stipulation to extend such date) on April 19, 2018.

　　3. Default was entered by the Clerk pursuant to Fed. R. Civ. R. 55(a) on May 3, 2018.

4. Defendant is not a minor or otherwise incompetent person. (See Decl. of Nima Farboody attached as Exhibit A).

5. This Motion is based on allegations in Plaintiff's Complaint. Defendant has admitted to all of the facts alleged therein by failing to plead or otherwise respond to the Complaint. See *Ortiz-Gonzalez v. Fonovisa*, 277 F3rd 59, 62-63 (1st Cir. 2002) ("A defaulting party is taken to have conceded the truth of the factual allegations in the complaint as establishing the grounds for liability as to which damages will be calculated.")

6. Pursuant to Section 8.03 of the Standard Licensing Agreement (Dkt 1-1) filed March 15, 2018 concurrently with the Complaint, Plaintiff is entitled to one hundred thousand US dollars in damages ($100,000.00)

7. Plaintiff hereby requests that Default Judgement be entered in the amount of <u>one hundred thousand US dollars ($100,000.00)</u> pursuant to Fed. R. Civ. P. 55(b)(1).

8. Plaintiff hereby waives attorneys fees, pre-judgement interest, and costs.

Respectfully submitted,

Dated:  05/31/2018

By____/Nima Farboody/_____
NIMA FARBOODY
Attorney for Plaintiff
MAZAL GROUP, LLC

## PROOF OF SERVICE

On May 31, 2018, I served the documents described as

1. Motion for Entry of Default Judgement
2. Declaration of Nima Farboody in Support of Motion for Entry of Default Judgement

On all interested parties in this action by placing a true and correct copy thereof in a sealed envelope with first class postage, prepaid, and deposited said envelope in the United States mail at addressed to

EVE BEN LULU
13768 70th Ave. Apt#1
Flushing, NY 11367

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2018 in Chatsworth, California.

                                                /s/Nima Farboody_____

                                                Nima Farboody_____